Argued and submitted September 16, reversed and remanded October 8, 2014

In the Matter of the Compensation of
Felix V. Robles, Claimant.

Felix V. ROBLES,
*Petitioner,*

*v.*

SAIF CORPORATION,
William T. Boyer, and Marcine Boyer,
*Respondents.*

Workers' Compensation Board
1200189; A153691

337 P3d 924

Julene M. Quinn argued the cause and filed the briefs for petitioner.

Julie Masters argued the cause and filed the brief for respondents.

Before Duncan, Presiding Judge, and Wollheim, Judge, and Lagesen, Judge.